**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____  Chapter  **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Craft Putt, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-3811850** |

4. **Debtor's address**

**Principal place of business**

**14801 W 91st Pl**
**Lenexa, KS 66215**
Number, Street, City, State & ZIP Code

**Johnson**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**11440 W 135th St Overland Park, KS 66221**
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7224__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **Craft Putt, LLC**                                    Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor   **Craft Putt, LLC**      Case number (*if known*) _____

Name

☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4

| Debtor | Craft Putt, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 17, 2026**
                 MM / DD / YYYY

**X** **/s/ Anthony J. Chinn**                **Anthony J. Chinn**
      Signature of authorized representative of debtor         Printed name

Title    **Sole Member**

**18. Signature of attorney**

**X** **/s/ Nicholas R. Grillot**            Date **April 17, 2026**
      Signature of attorney for debtor               MM / DD / YYYY

**Nicholas R. Grillot 22054**
Printed name

**Hinkle Law Firm LLC**
Firm name

**1617 N. Waterfront Parkway, Suite 400**
**Wichita, KS 67206**
Number, Street, City, State & ZIP Code

Contact phone    **316-267-2000**      Email address    **ngrillot@hinklaw.com**

**22054 KS**
Bar number and State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 5

Fill in this information to identify the case:

Debtor name    **Craft Putt, LLC**

United States Bankruptcy Court for the:    **DISTRICT OF KANSAS**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **IOU Financial 600 TownPark Ln Ste 100 Kennesaw, GA 30144** | | | | **$235,463.60** | **$0.00** | **$235,463.60** |
| **Summit Fair Investors 2025 LLC Attn Commercial Real Estate 605 W 47th St Ste 200 Kansas City, MO 64112** | | **Landloard of Lee's Summit Location Rent Owed** | | | | **$87,026.41** |
| **Chase Card Services P O Box 15298 Wilmington, DE 19850-5298** | | **Credit Card Debt** | | | | **$86,660.39** |
| **Missouri Department of Revenue Taxation Division P O Box 385 Jefferson City, MO 65105-0385** | | **Sales Tax** | | | | **Unknown** |
| **CAM-7C LLC Attn Michael Sanderson 517 N New Hampshire St Covington, LA 70433** | | **Previous Landloard Overland Park Location** | | | | **$68,482.81** |

Debtor  **Craft Putt, LLC**                                    Case number *(if known)* _____
_____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Kansas Department of Revenue Legal Services 109 SW 9th St P O Box 3506 Topeka, KS 66601-3506** | | **Sales Tax Payment Plan** | | | | **Unknown** |
| **Lavender Reality LLC c/o Commonwealth Comm Partners P O Box 71150 Richmond, VA 23255** | | **Landlord Overland Park Location** | | | | **$48,919.34** |
| **LoanBuilder 2211 N 1st St San Jose, CA 95131** | | **Merchant Cash Advance** | | | | **$45,899.58** |
| **Toast 333 Summer St Boston, MA 02210** | | **AR Financing - Lee's Summit Location** | | | | **$26,862.05** |
| **Bank of America P O Box 660441 Dallas, TX 75266-0441** | | **Credit Card Debt** | | | | **$19,500.00** |
| **Toast 333 Summer St Boston, MA 02210** | | **AR Financing - Overland Park Location** | | | | **$16,056.89** |
| **First National Bank of Omaha (FNBO) P O Box 3696 Omaha, NE 68103-0696** | | **Credit Card Debt** | | | | **$12,461.45** |
| **Channel Partners 10900 Wayzata Blvd Ste 300 Minnetonka, MN 55305** | | **Merchant Cash Advance** | | | | **$6,698.85** |
| **Bank of America P O Box 660441 Dallas, TX 75266-0441** | | **Credit Card Debt Amount as of 03-11-2026 Statement** | | | | **$4,902.69** |
| **American Express P O Box 981535 El Paso, TX 79998-1535** | | **Credit Card Debt** | | | | **$3,758.58** |
| **Vestis 2680 Palumbo Dr Lexington, KY 40509** | | **Cleaning/Facility Services** | | | | **$2,232.04** |

Debtor    **Craft Putt, LLC**            Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alliance Funding Group 18231 Irvine Blvd Tustin, CA 92780** | | | | **$169,696.38** | **Unknown** | **Unknown** |
| **Arvest Bank 75 N East Ave Fayetteville, AR 72701** | | | | **$20,000.00** | **Unknown** | **Unknown** |
| **Balboa c/o Ameris Bank 3490 Piedmont Rd NE Ste 1550 Atlanta, GA 30305** | | | | **$115,061.85** | **Unknown** | **Unknown** |
| **Celtic Bank Corp 268 S. State Street, Suite 300 Salt Lake City, UT 84111-5314** | | | | **$141,434.59** | **Unknown** | **Unknown** |

**Fill in this information to identify the case:**

Debtor name    **Craft Putt, LLC**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 17, 2026**    X **/s/ Anthony J. Chinn**
Signature of individual signing on behalf of debtor

**Anthony J. Chinn**
Printed name

**Sole Member**
Position or relationship to debtor

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Kansas

In re    **Craft Putt, LLC**        Case No.

Debtor(s)     Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐   **FLAT FEE**

       For legal services, I have agreed to accept      $ _____

       Prior to the filing of this statement I have received      $ _____

       Balance Due      $ _____

    ■   **RETAINER**

       For legal services, I have agreed to accept and received a retainer of      $    **15,000.00**

       The undersigned shall bill against the retainer at an hourly rate of      $    **340.00**
       [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    $ **1,738.00**    of the filing fee has been paid.

3.    The source of the compensation paid to me was:

       ☐ Debtor     ■ Other (specify):    **Samantha Chinn**

4.    The source of compensation to be paid to me is:

       ■ Debtor     ☐ Other (specify):

5.    ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

       a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
       b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
       c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
       d.   [List other services that counsel has agreed to provide]
           **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

In re  **Craft Putt, LLC**                                    Case No. _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April 17, 2026** | **/s/ Nicholas R. Grillot** |
| *Date* | **Nicholas R. Grillot 22054** |
| | *Signature of Attorney* |
| | **Hinkle Law Firm LLC** |
| | **1617 N. Waterfront Parkway, Suite 400** |
| | **Wichita, KS 67206** |
| | **316-267-2000  Fax: 316-264-1518** |
| | **ngrillot@hinklaw.com** |
| | *Name of law firm* |

Alliance Funding Group
18231 Irvine Blvd
Tustin CA 92780


American Express
P O Box 981535
El Paso TX 79998-1535


Joey Arkeilpane
7303 Erika Ct
Pleasant Valley MO 64068-9009


Arvest Bank
75 N East Ave
Fayetteville AR 72701


Balboa
c/o Ameris Bank
3490 Piedmont Rd NE Ste 1550
Atlanta GA 30305


Bank of America
P O Box 660441
Dallas TX 75266-0441


Block & Company
605 W 47th St Ste 200
Kansas City MO 64112


Jose Bulbarela
8882 Glenwood Ct Apt 3307
Overland Park KS 66212


Drake Calub
807 SW Mill St Apt 202
Lees Summit MO 64081


CAM-7C LLC
Attn Michael Sanderson
517 N New Hampshire St
Covington LA 70433

CAM-7C LLC
c/o Covington Asset Management
Attn Len Noel
6619 E Morning Vista Ln
Scottsdale AZ 85266


Celtic Bank Corp
268 S. State Street, Suite 300
Salt Lake City UT 84111-5314


Centra Funding
1400 Preston Rd Ste 115
Plano TX 75093


Channel Partners
10900 Wayzata Blvd Ste 300
Minnetonka MN 55305


Chase Card Services
P O Box 15298
Wilmington DE 19850-5298


Anthony J Chinn
14801 W 91st Pl
Lenexa KS 66215


Samantha Chinn
14801 W 91st Pl
Lenexa KS 66215


Kaitlyn Coleman
157 NW Barr Rd
Grain Valley MO 64029


Commonwealth Commercial Ptnrs
P O Box 71150
Henrico VA 23255


Brooklyn Denno
16258 Canterbury Rd
Stilwell KS 66085

Lauren Edgington
16014 E 41st St S
Independence MO 64055


Abrare Falah
716 NE Mulberry St
Lees Summit MO 64086


First National Bank of Omaha
(FNBO)
P O Box 3696
Omaha NE 68103-0696


Derrian Ford
516 NE Sienna PL
Lees Summit MO 64064


Gretchen Fuller
12421 Alley Jackson Rd
Lees Summit MO 64086


Suriah Gargotta
2304 NE Bridgeport Dr
Lees Summit MO 64086


Nikulas Gatlin
8612 Elm Ave
Kansas City MO 64138


Rodolfo Gonzaga
8882 Glenwood Ct Apt 3307
Overland Park KS 66212


Hailey Greenfield
2431 S Scott Ave
Independence MO 64052


Elizabeth Hawkins
8608 E 78th Terr
Kansas City MO 64138

HomeTrust Bank
P O Box 10
Asheville NC 28802-0010


Internal Revenue Service
Mail Stop 5334 Advisory/Insolv
2850 NE Independence Ave
Lees Summit MO 64064


IOU Financial
600 TownPark Ln Ste 100
Kennesaw GA 30144


Kansas Department of Revenue
Legal Services
109 SW 9th St
P O Box 3506
Topeka KS 66601-3506


Alimot Karim
15225 Grand Summit Ext Apt 105
Grandview MO 64030


Lavender Reality LLC
c/o Commonwealth Comm Partners
P O Box 71150
Richmond VA 23255


Kiaira Likins-Osbey
600 S Harrison St Apt 21
Olathe KS 66061


Lincoln Savings Bank
360 Westfield Ave Ste 6
Waterloo IA 50701


Lincoln Savings Bank
508 Main St
P O Box E
Reinbeck IA 50669


Rowan Lloyd
4105 W 190th St
Stilwell KS 66085

LoanBuilder
2211 N 1st St
San Jose CA 95131


Loot Financial Services Corp
100 Summer St Ste 1600
Boston MA 02110


Julian Manriquez
711 SW 6th St
Lees Summit MO 64081


Julio Mendoza
323 Wild Oak Dr
O Fallon MO 63368


Kaden Meredith
502 S Main St Apt D17
Warrensburg MO 64093


Missouri Department of Revenue
Taxation Division
P O Box 385
Jefferson City MO 65105-0385


Missouri Department of Revenue
Taxation Division
301 W High St
Jefferson City MO 65101


James Moody
406 NE Ash Ct
Lees Summit MO 64063


Connor Morris
3321 SW Sensation Dr Apt 514
Lees Summit MO 64081


Deena Noll
2923 S Sterling Ave
Independence MO 64052

Haley Pooler
16014 E 41st S
Independence MO 64052


Kevin Powell Jr
10619 W 115th St
Overland Park KS 66210


Hunter Ragsdale
203 SW Lakeview Blvd
Lees Summit MO 64063


RED Summit Fair LLC
c/o RED Property Management
Attn Director of Legal/Leasing
2502 E Camelback Rd Ste 200
Phoenix AZ 85016


Magy Regalado
9606 Hadley Dr
Overland Park KS 66212


Nicholas Ryan
122 Delaware St Unit 1413
Kansas City MO 64105


Brad Salke
1228 Southwest Wysteria Dr
Lees Summit MO 64082


Samuel Sanders
213 NE Independence Ave #201
Lees Summit MO 64063


Jerome Sims
412 S Vassar Ave
Sugar Creek MO 64054-1552


Summit Fair Investors 2025 LLC
Attn Commercial Real Estate
605 W 47th St Ste 200
Kansas City MO 64112

Toast
333 Summer St
Boston MA 02210


Eden Tolliver
5116 NE Ash Grove Dr
Lees Summit MO 64064


US Attorneys Office
301 N. Main Ste 1200
Wichita KS 67202


US Small Business Admin
Attn: District Counsel
220 W Douglas Ave Ste 450
Wichita KS 67202


Guillermo Vega Ortiz
12279 S Strang Line Dr Apt 111
Olathe KS 66062


Vestis
2680 Palumbo Dr
Lexington KY 40509


Daniel Walker
606 SE Independence Ave
Lees Summit MO 64063


WebBank
215 S State St Ste 1000
Salt Lake City UT 84111


Alexandra Weber
9009 W 102 Terr Apt 1
Overland Park KS 66212


Alec Williams
905 SE Hocker Cir
Lees Summit MO 64081

# United States Bankruptcy Court
## District of Kansas

In re    **Craft Putt, LLC**                    Case No.
                           Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 17, 2026**                 **/s/ Anthony J. Chinn**
                                      **Anthony J. Chinn**/**Sole Member**
                                      Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re   **Craft Putt, LLC**                                        Case No.

Debtor(s)                    Chapter      **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anthony J Chinn**<br>**14801 W 91st Pl**<br>**Lenexa, KS 66215** | | | **100% Sole Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 17, 2026**                    Signature   **/s/ Anthony J. Chinn**

                                                              **Anthony J. Chinn**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Kansas

In re   **Craft Putt, LLC**                                    Case No. _____

                                       Debtor(s)            Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Craft Putt, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 17, 2026** _____
Date

**/s/ Nicholas R. Grillot** _____
**Nicholas R. Grillot 22054**
Signature of Attorney or Litigant
Counsel for   **Craft Putt, LLC** _____
**Hinkle Law Firm LLC**
**1617 N. Waterfront Parkway, Suite 400**
**Wichita, KS 67206**
**316-267-2000 Fax:316-264-1518**
**ngrillot@hinklaw.com**

# CRAFT PUTT LLC
# WRITTEN CONSENT OF SOLE MEMBER AUTHORIZING BANKRUPTCY FILING

The undersigned, being the sole member of Craft Putt LLC, a Kansas limited liability company (the "Company"), hereby adopts the following resolutions:

RESOLVED, that the Company is authorized to commence a case under Chapter 11 of the United States Bankruptcy Code, including an election to proceed under Subchapter V, in order to restructure its debts and continue operations;

RESOLVED, that Anthony J. Chinn, as the authorized representative of the Company, is hereby authorized and directed to execute and file a voluntary petition for relief under Chapter 11, together with all schedules, statements, and related documents, and to take any and all actions necessary or appropriate to carry out the intent of these resolutions;

RESOLVED, that Anthony J. Chinn is further authorized to retain legal counsel and other professionals as necessary in connection with the bankruptcy case;

RESOLVED, that any prior actions taken by the authorized representative in connection with the foregoing are hereby ratified and approved.


IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of this __6th day of __April____, 2026.

*Anthony Chinn*
_____
Anthony J. Chinn
Sole Member, Craft Putt LLC